**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DEANA CUMBERLAND**                                                          **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.** 3:26-cv-71-KHJ-MTP

**PHILADELPHIA PUBLIC SCHOOL DISTRICT**                      **DEFENDANT**

                                                                    **JURY TRIAL DEMANDED**

---

**COMPLAINT**

---

COMES NOW Plaintiff Deana Cumberland and files this Complaint for damages against Defendant Philadelphia Public School District, as follows:

**I.  PARTIES**

1.     Plaintiff Deana Cumberland is an adult resident citizen of Mississippi, who resides at 15220 Road 832, Noxapater, MS 39346.

2.     Defendant Philadelphia Public School District is a political subdivision of the State of Mississippi. Defendant Philadelphia Public School District may be served with process upon its Superintendent, Dr. Shannon Whitehead at 248 Byrd Avenue, Philadelphia, Mississippi 39350. Defendant Philadelphia Public School District is an employer within the meaning of the Civil Rights Act of 1964.

**II.  JURISDICTION AND VENUE**

3.     This Court has federal question jurisdiction under 28 U.S.C. § 1331, and civil rights

jurisdiction under 28 U.S.C. § 1343. Plaintiff's cause of action is authorized by 42 U.S.C. § 1983 to address violations pursuant to 42 U.S.C. § 1981. This Court has jurisdiction under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991. Venue is proper in that the acts complained of occurred in whole or in part in this District and Division.

### III.  FACTS

4.      Plaintiff Deana Cumberland ("Ms. Cumberland") is a white female that is certified to teach by the Mississippi State Department of Education. Ms. Cumberland taught at Philadelphia High School ("PHS") for approximately seven (7) years. Ms. Cumberland taught Business Law, Personal Finance, Exploring Computer Science, College and Career, and AP Computer Science Principles.

5.      Ms. Cumberland had no difficulties in her employment with Defendant Philadelphia Public School District ("the School District") until Sherrell Griffin-Drake was hired as Principal. Principal Griffin-Drake is African American.

6.      In August of 2024, Principal Griffin-Drake brought Ms. Cumberland and other teachers on a "Tour of Philly" during which they visited predominately African American neighborhoods. The stated purpose of the tour was to create a sense of empathy among the white teachers for the African American students because, as Principal Griffin-Drake stated, the white teachers did not understand the African American culture.

7.      As a specific example of this culture, Principal Griffin-Drake described the African American students' pridefulness about their hair. Principal Griffin-Drake informed Ms. Cumberland and the other teachers "not to get on" students who wore hoodies or bonnets to school because such students were just covering up the fact that they could not afford to get their hair done. However,

Principal Griffin-Drake would later blame Ms. Cumberland and the other white teachers for not enforcing the dress code which prohibited such hoodies and bonnets.

8. After Principal Drake's arrival, certain of Ms. Cumberland's responsibilities were reassigned to African American teachers without explanation. For example, Ms. Cumberland was removed as Middle School Cheer Coach after being informed by Principal Griffin-Drake that PHS did not want the same Coach for the Middle School and High School squads. Ms. Cumberland was then removed from the High School squad and the position was given to the Middle School Coach who was African American.

9. On December 2, 2025, Ms. Cumberland attended a mandatory Professional Learning Community ("PLC") meeting in the PHS data room. At the beginning of the meeting, Principal Griffin-Drake selected Ms. Cumberland to participate in a mock lynching wherein Ms. Cumberland was asked to place and tighten a belt around Principal Griffin-Drake's neck. Principal Griffin-Drake informed Ms. Cumberland that she was chosen because she was white. Indeed, Ms. Cumberland was the only white individual in the room.

10 Philadelphia's infamous history during the civil rights period is well known. Therefore, Principal Griffin-Drake knew or should have known how the incident would be received by the school and the community. For example, Principal Griffin-Drake commented that she wanted it to look like Ms. Cumberland was "using a noose." Principal Griffin-Drake knew or should have known that the incident would result in Ms. Cumberland and other white teachers at PHS being branded as racist.

11. During the 2024-2025 school year, Ms. Cumberland experienced additional hostile conduct, as follows:

- Repeated public criticism during staff meetings, unrelated to performance;

- A general atmosphere of intimidation where raising concerns would lead to retaliation and exclusion;

- Differential treatment in the assignment of responsibilities, resources, and support favoring African American teachers over white teachers; and

- Creating disparities in how discipline and administrative support were provided to African American teachers over white teachers.

12.    Principal Griffin-Drake made every effort to challenge Ms. Cumberland's judgment and undermine Ms. Cumberland's authority.  More importantly, Principal Griffin-Drake made her actions public to ensure that Ms. Cumberland would loose favor with her students and fellow African American teachers.

13.    On February 25, 2025, Ms. Cumberland was forced to resign in order to escape the toxic work environment at PHS that was brought about as a direct result of the hiring of Principal Sherell Griffin-Drake. On March 26, 2025, Ms. Cumberland's resignation became effective.

14.    As a result of her treatment by the School District administrative staff, Ms. Cumberland has been caused to incur doctor and other medical expenses and will continue to incur similar expenses in the future.  Ms. Cumberland also sustained damages for pain, suffering, inconvenience, mental anguish, worry, anxiety, and emotional distress.

## IV.  CAUSES OF ACTION

### COUNT ONE - RACE DISCRIMINATION

15.    Plaintiff Deana Cumberland incorporates by reference all allegations of this Complaint.

16.     Beginning with the arrival of Principal Griffin-Drake, the Defendant School District, acting through its African American administrative staff, began the process of systematically forcing out white teachers and/or employees such as Ms. Cumberland.

17.     Ms. Cumberland is a highly qualified teacher whose work credentials at PHS were impeccable.

18.     The School District's motivation in acting towards Ms. Cumberland with extreme racial hostility was to force her to resign.

19.     The alleged reasons for the School District's conduct toward Ms. Cumberland were false and pretextual, and purposely directed towards Ms. Cumberland to force her to resign.

20.     The Defendant School District is liable to Plaintiff Deana Cumberland for race discrimination in violation of Title VII, 42 U.S.C. § 1981, and the Fourteenth Amendment.

21.     Plaintiff has filed an EEOC charge and received a right to sue letter which is attached at Exhibit "1".

## REQUEST FOR RELIEF

Plaintiff Deana Cumberland requests actual damages for economic loss, mental anxiety and stress against Defendant Philadelphia Public School District.  Further, the Defendant School District acted with malice and/or reckless indifference against Plaintiff Deana Cumberland so as to entitle Ms. Cumberland to an award of punitive damages.  Plaintiff Deana Cumberland further requests reasonable attorneys' fees, costs and expenses.

RESPECTFULLY SUBMITTED, this the 2nd day of February, 2026.

Plaintiff, Deana Cumberland

By:    */s/ C. Victor Welsh, III*
C. VICTOR WELSH, III

OF COUNSEL:

C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
PITTMAN, ROBERTS & WELSH, P.L.L.C.
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

TERRY L. JORDAN (MSB #3234)
Post Office Drawer 459
Jackson, MS 39350
Telephone: (601) 656-2451

*Attorneys for Plaintiff Deana Cumberland*